No. 74–486.   NEW JERSEY v. SHEFFIELD ET AL.   Super. Ct. N. J.   Certiorari denied.

No. 74–5003.   WILBANKS ET AL. v. UNITED STATES. C. A. D. C. Cir.   Certiorari denied.

No. 74–5014.   MARTINEZ, AKA GONZALES, ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–5067.   PERRY v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 74–5113.   WIEMER v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 74–5117.   FELTS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 74–5177.   BRAWER ET AL. v. UNITED STATES; and
No. 74–5300.   KRESHIK v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 74–5191.   QUALLS v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 74–5197.   BRYANT v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 72–5211.   ROCKWELL v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 74–5213.   SKELLEY v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 74–5223.   PENNICK v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.